# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MARIA DEL C. LORENZO**,
  Plaintiff

  v.  **CASE NUMBER:** 04-1781  (HL)

**COMMISSIONER OF SOCIAL SECURITY**,
  Defendant.

| ORDER |
|---|
| Before the Court is Magistrate Judge Aida M. Delgado-Colon's unopposed Report and Recommendation (Docket No. 13).  In her Report and Recommendation, Magistrate Judge Delgado-Colon  recommends that the Commissioner of Social Security's ruling be affirmed.  Neither party filed objections to the magistrate judge's Report and Recommendation  within the time frame provided by the Federal Rules of Civil Procedure and this Court's Local Rules. *See* Fed.R.Civ.P. 72(b); 28 U.S.C. § 636(b)(1)(B); D.P.R. L.Cv.R.72(d).<br><br>After a review of the record, the Court agrees with the arguments and conclusions in the Report and Recommendation recommending that the Commissioner of Social Security's decision to deny plaintiff Maria del C. Lorenzo disability benefits be affirmed because the evidence in the record supports the Administrative Law Judge's finding that plaintiff is not disabled within the meaning of the Social Security Act. Therefore, the Court hereby **APPROVES** and **ADOPTS** the magistrate judge's Report and Recommendation in its entirety.<br><br>Accordingly, the Court hereby **AFFIRMS** the Commissioner of Social Security's decision. Judgment shall be entered accordingly. |

**Date**: August 30, 2005

S/  **HECTOR M. LAFFITTE**
**United States District Judge**